FILED

03/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0368

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0368

_____

PETER GRIGG,

      Plaintiff and Appellant,

    v.                                      O R D E R

JUDGE MATT CUFFE,

      Defendant and Appellee.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to Peter Grigg, to all counsel of record, and to the Honorable Dan Wilson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 23 2022